1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10  RUSSELL COHEN,

11         Plaintiff,                          Case No. 3:06-CV-00587-KJD-VPC

12  v.                                         **ORDER**

13  JERRY BAINBRIDGE, et al.,

14         Defendants.

15

16         Currently before the Court is Defendants' Motion to Assess a Strike Pursuant to 28 U.S.C. §

17  1915(g), (#21), filed January 9, 2008.  On June 23, 2008, the Court issued a Minute Order granting

18  Plaintiff an extension of time (#22), until July 21, 2008, to file an opposition to Defendants' Motion.

19  To date, Plaintiff has failed to file an opposition.  On August 8, 2008, Magistrate Judge Valerie P.

20  Cooke issued a Report and Recommendation (#23) recommending that Defendants' Motion to

21  Assess a Strike be granted.

22         Specifically, the Magistrate Judge found that Defendants' Motion has merit, and that Plaintiff

23  had consented to the granting of Defendants' Motion pursuant to LR 7-2, which allows the Court to

24  consider failure to file points and authorities in opposition as consent to the granting of the motion.

25  Moreover, pursuant to 28 U.S.C. § 636(b)(1), and Rule IB 3-2 of the Local Rules of Practice, the

26  parties may file specific objections to a magistrate's report and recommendation within ten days of

1  receipt.  To date, Plaintiff has failed to file an opposition to Defendants' Motion, or an objection to

2  the Magistrate's Report and Recommendation.

3          The Court agrees with, and accepts the Magistrate's Report and Recommendation (#23) that

4  the Court should assess a strike against Plaintiff for several reasons.  Specifically, the Court agrees

5  that Plaintiff's failure to file points and authorities in opposition to Defendants' Motion to Dismiss as

6  a concession that his Complaint had no basis in law or fact.[1]  The Court also agrees that Plaintiff's

7  Complaint misrepresented that Plaintiff had never filed other actions in state or federal court

8  "involving the same or similar facts" as involved in the present action. (Report and Recommendation

9  at 3.)  Additionally, in spite of being granted an extension of time, Plaintiff has failed to file points

10  and authorities in opposition to the present Motion to Assess a Strike.

11  **I. Conclusion**

12          Therefore, the Court upholds the Magistrate's Report and Recommendation (#23).

13          **IT IS HEREBY ORDERED** that Defendants' Motion to Assess a Strike Pursuant to 28

14  U.S.C. § 1915(g), (#21) is **GRANTED**.

15          DATED this 9th day of September 2008.

16

17

18  _____
    Kent J. Dawson
    United States District Judge

19

20

21

22

23

24

25

26  [1]On October 1, 2007, the Court entered an Order (#19) that dismissed this action and entered judgment pursuant to LR 7-2(d) when Plaintiff failed to file points and authorities in objection to Defendants' Motion to Dismiss (#16).